UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ROBERTO ANTONIO ORNELAS,

  Plaintiff,

v.       Civ. No. __26cv872-KK__

PANDA RESTAURANT GROUP, INC.,

  Defendant.

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR **2 3** 2026

MITCHELL R. ELFERS
CLERK

COMPLAINT

Plaintiff Roberto Antonio Ornelas, appearing pro se, alleges as follows:

1. This action arises under Title VII of the Civil Rights Act of 1964, including the anti-retaliation provision, 42 U.S.C. § 2000e-3(a). This Court has federal-question jurisdiction under 28 U.S.C. § 1331 and Title VII's jurisdictional provision, 42 U.S.C. § 2000e-5(f)(3).

2. Plaintiff resides at 9007 Gill Bridge, San Antonio, Texas 78254. At all relevant times, Plaintiff worked for Defendant in New Mexico.

3. Defendant Panda Restaurant Group, Inc. is a private employer that does business in New Mexico and employs more than fifteen employees. Its publicly listed legal contact address is 1683 Walnut Grove Avenue, Rosemead, California 91770.

4. Venue is proper in the District of New Mexico because the alleged unlawful employment practices occurred in New Mexico, Plaintiff worked in New Mexico, and the employment relationship at issue was centered in New Mexico.

5. Plaintiff began working for Defendant on or about April 28, 2016 and most recently served in an operations leadership role. In early 2025, Plaintiff had been approved to transition into Defendant's New Store Opening department and was actively performing work in that role.

6. On or about March 22, 2025, Plaintiff raised internal concerns about operational reporting, KPI practices, favoritism, targeting, retaliation, and manipulated staffing and performance reporting.

7. On or about April 3, 2025, approximately eleven days after Plaintiff raised those concerns, Defendant terminated Plaintiff's employment.

8. Plaintiff was terminated by leaders who were not his day-to-day reporting line in the New Store Opening department, and Plaintiff was not provided with a formal written termination documentation before or during the termination call.

9. Defendant told Plaintiff that the termination was related to skewing performance. Plaintiff contends that stated reason was pretextual.

10. Plaintiff contends Defendant terminated him in retaliation for his internal complaints and protected opposition activity.

11. Plaintiff filed Charge No. 543-2025-00922 with the Equal Employment Opportunity Commission.

12. The EEOC issued Plaintiff a Dismissal and Notice of Rights dated December 23, 2025. A copy is attached as Exhibit A.

13. Plaintiff has exhausted administrative remedies for the retaliation claim asserted here and files this action within the time allowed after receipt of the EEOC notice.

COUNT I

RETALIATION IN VIOLATION OF TITLE VII

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Plaintiff engaged in protected activity by making internal complaints and disclosures that he reasonably believed involved unlawful retaliation, targeting, and improper reporting practices.

16. Defendant subjected Plaintiff to an adverse employment action by terminating his employment.

17. There is a causal connection between Plaintiff's protected activity and Defendant's decision to terminate him, including the close timing between Plaintiff's complaints and his termination.

18. As a direct and proximate result of Defendant's actions, Plaintiff has suffered damages, including lost wages, lost benefits, emotional distress, and other damages to be proven at trial.

PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff and against Defendant;

B. Award back pay, front pay, lost benefits, compensatory damages, and any other available damages allowed by law;

C. Award reinstatement if appropriate;

D. Award costs and such other and further relief as the Court deems just and proper.

JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Roberto Antonio Ornelas

9007 Gill Bridge

San Antonio, TX 78254

626-274-1945

Robertornelas0@gmail.com

Plaintiff, Pro Se

EXHIBIT A

EEOC Dismissal and Notice of Rights

Charge No. 543-2025-00922

Dated December 23, 2025

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Albuquerque Area Office**
500 Gold Avenue SW, Suite 6401, PO Box 128
Albuquerque, NM 87103
(505) 738-6721
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/23/2025

To: Mr. Roberto A. Ornelas
5512 Buglo Ave Northwest Unit 11A
ALBUQUERQUE, NM 87114

Charge No: 543-2025-00922

EEOC Representative and email:    JAVIER GARCIA
EQUAL OPPORTUNITY INVESTIGATOR
JAVIER.GARCIA@EEOC.GOV

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 543-2025-00922.

On behalf of the Commission,

**JAVIER GARCIA** Digitally signed by JAVIER GARCIA
Date: 2025.12.23 13:41:44 -07'00'

For; _____

April Klug
Area Office Director

**Cc:**
Hunter Asmus
Panda Restaurant Group
1683 Walnut Grove
Rosemead, CA 91770

PANDA RESTAURANT GROUP HQ
5512 Buglo Ave Northwest Unit 11A
ALBUQUERQUE, NM 87114

Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal. You should keep a record of the date you received EEOC's official notice of dismissal.** Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 543-2025-00922 to the District Director at Melinda Caraballo, 3300 North Central Avenue Suite 690, Phoenix, AZ 85012.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 543-2025-00922 to the District Director at Melinda Caraballo, 3300 North Central Avenue Suite 690, Phoenix, AZ 85012.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.



**PRIORIT MAIL**

**Retail**

  

87102

**RDC 03**    **0 Lb 8.00 Oz**

U.S. POSTAGE PAID
PM
KYLE, TX 78640
MAR 18, 2026

**$11.00**

S2324Y500742-82

cle.info



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14 © U.S. Postal Service; December 2024; All rights reserved.

FROM:



**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Roberto Antonio Ornelas

9007 Gill bridge

~~RECEIVED~~onio , Tx 78254

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 2 3 2026

MITCHELL R. ELFERS
CLERK

TO:

~~MITCHELL R. ELFERS~~ Lomas Blvd NW

Suite 270

Albuquerque, N M 87102

Label 228, December 2023        FOR DOMESTIC AND INTERNATIONAL USE